**962**

with intent to deny to any citizen the equal protection of the laws." But there is nothing said in the petition about the equal protection of the laws, and petitioner is a white man, and not of the race specially intended to be protected by the statute. The facts alleged do not in themselves disclose any intent to deprive the petitioner of the equal protection of the laws in the Maryland court, and we should not infer it. There is doubt, too, if this particular clause refers to courts of the United States, as well as those of States and Territories.

And finally Section 47 at its end gives an "action for the recovery of damages, occasioned by such injury or deprivation." Here, as has been pointed out, no damage was occasioned,—only a "jeopardy".

For these reasons the judgment is affirmed.

PER CURIAM.

In an infringement suit, Design Patent No. 134,812, issued to the appellant on January 19, 1943, for chessmen of the peg or miniature type for use in pocket-size or traveling Chess sets, the patent was held invalid as disclosing no invention over prior art. A study of the record, an inspection of the exhibits and a consideration of the briefs and oral argument of counsel, lead to the conclusion that there is ample evidence to support the judgment of dismissal and no demonstration of clear mistake in the findings of fact and conclusions of law announced by the district judge, wherefore,

The judgment is affirmed.

---

## DRUEKE v. F. W. WOOLWORTH CO.
### No. 10053.

Circuit Court of Appeals, Sixth Circuit.

Nov. 12, 1945.

Frank E. Liverance, Jr., of Grand Rapids, Mich., for appellant.

J. B. Felshin, of New York City, and Wm. Cyrus Rice, of Grand Rapids, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges, and FORD, District Judge.

## BELL et al. v. BLOCH.
### No. 10104.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1946.

Charles Morris, of Louisville, Ky. (Carl K. Helman and Morris & Garlove, all of Louisville, Ky., on the brief), for appellants.

J. Paul Keith, Jr., and Herman Cohen, both of Louisville, Ky. (J. Paul Keith, Jr.,